AARON D. FORD
  Attorney General
LEO T. HENDGES (Bar No. 16034)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way
Suite 100
Las Vegas, Nevada 89119
(702) 486-3795 (phone)
(702) 486-3768 (fax)
Email: lhendges@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH PEREZ,<br><br>        Plaintiff,<br><br>v.<br><br>CHARLES DANIELS, *et al.*,<br><br>        Defendants. | Case No. 2:23-cv-01110-CDS-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

    IT IS HEREBY STIPULATED by and between Plaintiff Joseph Perez on the one hand, and Interested Party Nevada Department of Corrections on behalf of all Defendants listed in ECF No. 1, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Leo T. Hendges, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General on the other hand, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 5th day of February, 2025.  DATED this 23rd day of August, 2024

                                                                  AARON D. FORD
                                                                  Attorney General

By: /s/ Joseph Perey  By: /s/ Leo T. Hendges
Joseph Perez  LEO T. HENDGES (Bar No. 16034)
Plaintiff  Senior Deputy Attorney General
                                                                  *Attorneys for Defendant*

## ORDER

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

Dated: February 11, 2025

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE